# UNITED STATES DISTRICT COURT
## for the
## District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Manuel De Jesus Galvez-Penuelas,<br>a.k.a.: Manuel De Jesus Galvez,<br>a.k.a.: Jorge Galvez-Gamez,<br>(A 200 832 052)<br>*Defendant* | Case No. 17-9498 mj |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 31, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Manuel De Jesus Galvez-Penuelas, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Otay Mesa, California, on or about July 7, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for Ryan J. Goldstein

☒ Continued on the attached sheet.

_____
Complainant's signature

Steven Case,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 1, 2017

_____
Judge's signature

City and state: Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Steven Case, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 31, 2017, Manuel De Jesus Galvez-Penuelas was booked into the Maricopa County Jail (MCJ) by the Phoenix Police Department on local charges. While in custody at the MCJ, Galvez-Penuelas was encountered by ICE Officer K. Madill who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On October 31, 2017, Galvez-Penuelas was transported to the Phoenix ICE office for further investigation and processing. Galvez-Penuelas was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Manuel De Jesus Galvez-Penuelas to be a citizen of Mexico and a previously deported alien. Galvez-Penuelas was removed from the

United States to Mexico through Otay Mesa, California, on or about July 7, 2015, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Galvez-Penuelas in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Galvez-Penuelas' immigration history was matched to him by electronic fingerprint comparison.

4. On October 31, 2017, Manuel De Jesus Galvez-Penuelas was advised of his constitutional rights. Galvez-Penuelas freely and willingly acknowledged his rights and agreed to provide a statement under oath. Galvez-Penuelas stated that his true and complete name is "Manuel de Jesus Galvez," and that he is a citizen of Mexico. Galvez-Penuelas stated that he illegally entered the United States in "Oct. 2016," through "Tijuana," without inspection by an immigration officer. Galvez-Penuelas further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about October 31, 2017, Manuel De Jesus Galvez-Penuelas, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United

States at Otay Mesa, California, on or about July 7, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Steven Case,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 1st day of November, 2017.

Eileen S. Willett,
United States Magistrate Judge